IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DERRICK ALLEN,                )
                              )
         Plaintiff,           )
                              )
     v.                       )     1:21CV146
                              )
CORRECT CARE                  )
SOLUTION(S), et al.,          )
                              )
         Defendants.          )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on March 4, 2021, was served on the parties in this action. (Docs. 5, 6.) Plaintiff objected to the Recommendation. (Doc. 7.)

Plaintiff's objection is conclusory and fails to meet the standard to invoke this court's de novo review. Nevertheless, even if the court were to review the portions of the Magistrate Judge's report to which objections were made and conduct a de novo determination, it would be in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted.

/s/   Thomas D. Schroeder
                                 United States District Judge

March 12, 2021